NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

CARTEE, LC
Anthony Cartee (SBN 248721)
333 City Boulevard West, 17th Floor
Orange, CA 92868
Telephone: (714) 938-3887
Email: acartee@ac-legal.com

ATTORNEYS FOR: LANABOND LIMITED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANABOND LIMITED, a Cyprus company, | Plaintiff(s), | CASE NUMBER: **CV13-02279** FMO(SHx) |
| v. | | |
| GRADING DIMENSION PICTURES, INC., and DOES 1 - 10, | Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for LANABOND LIMITED, a Cyprus company
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| LANABOND LIMITED | Party to suit |
| GRADING DIMENSION PICTURES, INC. | Party to suit |

March 29, 2013
Date

Sign

Anthony Cartee
Attorney of record for or party appearing in pro per