**CARTEE, LC**
Anthony B. Cartee (SBN 248721)
333 City Boulevard West, 17th Floor
Orange, CA  92868
Telephone: (714) 938-3887
Facsimile: (714) 938-3255
Email: acartee@ac-legal.com

Attorneys for plaintiff:
LANABOND LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LANABOND LIMITED, a Cyprus corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>GRADING DIMENSION PICTURES, INC., a California corporation,<br><br>           Defendants. | CASE NO. CV13-2279-FMO(SHx)<br><br>**DECLARATION OF ANTHONY CARTEE IN SUPPORT OF *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:        TBD<br>Time:       TBD<br>Room:      22<br>Judge:<br>Hon. Fernando M. Olguin<br><br>Complaint Filed:<br>March 29, 2013 |

## DECLARATION OF ANTHONY CARTEE

I, Anthony Cartee, declare as follows:

1. I am an attorney for plaintiff in this instant action.  I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would testify competently thereto.

2. I caused to be filed the operative complaint in this action on March 29, 2013.  In attempting to serve defendant, I have learned that the business

1  address listed on the Secretary of State website, 10940 Wilshire Boulevard, Suite
2  1200, Los Angeles, CA  90024, is no longer valid.  Although Defendant's name is
3  listed on the ground floor and elevator directory, it no longer occupies the
4  premises.  I have further inquired with the Secretary of State as to the corporate
5  status of Defendant and have learned it is currently suspended.  Attached as
6  Exhibit "1" is a certified copy of the status as ordered personally by me.

7        3.  The only possible address I have been able to locate seems to be the
8  home apartment address of the shareholder who threatened Mr. Sosis with
9  liquidation.  Contemporaneously with the filing of this application and moving
10 papers, I will arrange for personal service there.  I will also attempt to contact
11 Defendant's shareholder through a possible email contact that I have obtained
12 from Plaintiff in order to notify Defendant of this application, the complaint, the
13 arbitration, and the OSC re preliminary injunction.

14      I declare under penalty of perjury that the foregoing is true and correct and
15 that this Declaration was executed on April 3, 2013, in Orange, California.

                                            /s/ Anthony Cartee
                                            Anthony Cartee

**EXHIBIT 1**

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

GRADING DIMENSION PICTURES, INC.

FILE NUMBER:      C3205207
FORMATION DATE:   04/01/2009
TYPE:             DOMESTIC CORPORATION
JURISDICTION:     CALIFORNIA
STATUS:           SUSPENDED

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the California Franchise Tax Board suspended the entity's powers, rights and privileges on October 01, 2012, pursuant to the provisions of the California Revenue and Taxation Code, and the entity's powers, rights and privileges remain suspended.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of March 21, 2013.

**DEBRA BOWEN**
**Secretary of State**