**CARTEE, LC**
Anthony B. Cartee (SBN 248721)
333 City Boulevard West, 17th Floor
Orange, CA  92868
Telephone: (714) 938-3887
Facsimile: (714) 938-3255
Email: acartee@ac-legal.com

Attorneys for plaintiff:
LANABOND LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LANABOND LIMITED, a Cyprus corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>GRADING DIMENSION PICTURES, INC., a California corporation, and DOES 1 – 10;<br><br>           Defendants. | CASE NO. CV13-2279-FMO(SHx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed:<br>March 29, 2013 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), plaintiff Lanabond Limited voluntarily dismisses the above-captioned action due to the parties' resolution and settlement of this matter.

///

///

- 2 -

1
2
3  Dated: May 7, 2013
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

**CARTEE, LC**

By: /s/ Anthony Cartee
    Anthony Cartee, Esq.
    Attorneys for Plaintiff

- 2 -
NOTICE OF VOLUNTARY DISMISSAL [Fed R Civ P., 41]